# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| TOUCHPOINT PROJECTIONS INNOVATIONS, LLC, <br>        Plaintiff, <br><br> v. <br><br> FORCEPOINT LLC, <br>        Defendant. | **CIVIL ACTION NO.** 7:24-cv-305-DC-DG |

## UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Forcepoint LLC ("Forcepoint") moves for a further extension of time to file an answer or otherwise respond to Plaintiff Touchpoint Projections Innovations, LLC's ("TPI") Complaint.

Forcepoint requests, and TPI consents to, an extension of the deadline to answer or otherwise respond to the Complaint until February 24, 2025. This is the second extension requested in this case. The extension will serve the interest of justice by providing Forcepoint additional time to investigate and respond to Plaintiff's Complaint and by giving the parties additional time to explore the possibility of early resolution.

For these reasons, Forcepoint respectfully requests that the Court grant this motion and extend to February 24, 2025 the deadline to answer or otherwise respond to Plaintiff's Complaint. A proposed order is attached.

Dated: January 22, 2025                              Respectfully submitted,

/s/ *Eric C. Green*

Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR DEFENDANT FORCEPOINT LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Eric C. Green*
Eric C. Green

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the parties conferred telephonically and by email, including on January 21, 2025, and Plaintiff does not oppose the relief requested herein.

/s/ *Eric C. Green*
Eric C. Green