# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **TOUCHPOINT PROJECTIONS INNOVATIONS, LLC,** <br>             Plaintiff, <br><br> v. <br><br> **FORCEPOINT LLC,** <br>             Defendant. | **CIVIL ACTION NO. 7:24-cv-305-DC-DG** |

## AGREED MOTION TO STAY

Plaintiff Touchpoint Projections Innovations, LLC files this Agreed Motion to Stay Pending Settlement. The parties have an agreement in principle to resolve this matter. The Parties have agreed to stay the proceedings for thirty (30) days while the agreement is finalized and executed, at which time the parties intend to enter a stipulated dismissal with prejudice.

February 20, 2025

Respectfully submitted,

By:   /s/ *Randall Garteiser*

Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
M. Scott Fuller
   Texas Bar No. 24036607
   rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

                                      Facsimile: (903) 405-3999
                                      **COUNSEL FOR PLAINTIFF**
                                      **TOUCHPOINT PROJECTIONS**
                                      **INNOVATIONS, LLC**

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff and counsel for Defendant conferred and agreed to the stay pending resolution.

                                        /s/ *Randall Garteiser*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                        /s/ *Randall Garteiser*