# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **TOUCHPOINT PROJECTIONS INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FORCEPOINT LLC,**<br><br>Defendant. | **CASE NO. 7:24-cv-00305-DC-DG**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Touchpoint Projection Innovations, LLC moves to dismiss its claims against Forcepoint LLC **with prejudice**, with each party bearing its own attorneys' fees and costs.

Dated: March 19, 2025    Respectfully submitted,

/s/ Randall Garteiser
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

*Attorney for Plaintiff*

/s/ *Eric C. Green*

Eric C. Green (SBN 24069824)
eric.green@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701
Tel: (512) 474-5201
Fax: (512) 536-4598

**COUNSEL FOR DEFENDANT FORCEPOINT LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this, I caused to be electronically-filed the foregoing document with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ Randall Garteiser*
Randall Garteiser

**CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that the parties have conferred and agreed to request the above motion.

*/s/ Randall Garteiser*
Randall Garteiser